UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTY BRADSHAW,                                                                  PLAINTIFFS
and Husband SCOTT E. BRADSHAW

V.                      CASE NO. 03-CV-4108

BAYER CORPORATION                                                  DEFENDANT

## **ORDER**

Before the Court is the parties' joint Motion For Stipulation of Dismissal of Defendant, Bayer Corporation. The parties ask that all causes of action brought against Bayer Corporation be dismissed with prejudice.

Upon consideration, the Court is satisfied that good cause for the motion has been shown, and that the stipulated dismissal should be and hereby is **GRANTED**. All claims by Plaintiffs against Bayer Corporation are hereby **DISMISSED WITH PREJUDICE**. All costs and fees incurred by the parties will be born by the party that incurred them.

**IT IS SO ORDERED**, this 16th day of October, 2006.

                                                          /s/Harry F. Barnes
                                                          Hon. Harry F. Barnes
                                                          United States District Judge